

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2021

No. 04-21-00257-CV

Michael **SHANNON**, Director of Development Services Department, City of San Antonio,
Texas; and City of San Antonio, Texas,
Appellants

v.

Arlene W. **BLAIR** and Plaintiff Class Petitioners,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23022
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

     Appellees' brief was originally due November 8, 2021. The appellees' first motion for extension of time was granted, extending the deadline for filing the brief to December 17, 2021. On December 16, 2021, the appellees filed a motion requesting an additional extension of time to file the brief until January 16, 2022, for a total extension of fifty-nine days. After consideration, we **GRANT** the motion and **ORDER** appellees to file their brief **by January 17, 2022**. Appellees are advised that if the brief is not filed, the case may be set at issue without an appellees' brief.

_____
Beth Watkins, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court